ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Northrop Grumman Corporation | ) ASBCA No. 60190 |
| | ) |
| Under Contract No. N68936-05-C-0059 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Stephen J. McBrady, Esq.
        Charles Baek, Esq.
          Crowell & Moring LLC
          Washington, DC

        Peter B. Hutt II, Esq.
        Evan R. Sherwood, Esq.
          Covington & Burling LLP
          Washington, DC

APPEARANCE FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
          DCMA Chief Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE PAGE

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $48,413,841. If the award is not paid by November 15, 2021, further interest shall be paid on the principal amount of $36,413,841 pursuant to 41 U.S.C. § 7109 from November 16, 2021 until date of payment.

Dated: October 15, 2021

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                              I concur


_____        _____
RICHARD SHACKLEFORD                        OWEN C. WILSON
Administrative Judge                             Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                           Armed Services Board
of Contract Appeals                               of Contract Appeals


   I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 60190, Appeal of Northrop
Grumman Corporation, rendered in conformance with the Board's Charter.


   Dated: October 15, 2021




_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals